UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN and ANISA M. THOMSEN, as Trustees of the Redwood Empire Electrical Workers Health & Welfare Trust Fund, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PETALUMA ELECTRIC, INC.,<br><br>Defendant(s). | No. C 09-1594 SBA (BZ)<br><br>**ORDER RE: MATERIALS FOR SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on **Tuesday, March 2, 2010, at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Both parties are **HEREBY ORDERED** to bring with them to the settlement conference a transcript of any relevant depositions that have been taken in this case.

Dated: February 25, 2010

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-refs\refs.2010\buckhorn ord.wpd　　　1