SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.:  C09-01594 SBA<br><br>STIPULATION AND ORDER CHANGING PRE-TRIAL CONFERENCE DATE AND TRIAL DATE |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND and Defendant PETALUMA ELECTRIC, INC., a California

-1-

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

STIPULATION AND PROPOSED ORDER CHANGING PRE-TRIAL CONFERENCE DATE AND TRIAL DATE
No.    C09-01594 SBA

Corporation, that the parties agree that they would like to change the pre-trial conference date in the above referenced matter originally scheduled for April 6, 2010 at 1:00 P.M. to July 27, 2010 at 1:00 P.M. and the trial date originally scheduled for August 2, 2010 at 8:30 a.m. to July 28, 2010 at 8:30 a.m. The trial date is being changed because it is the understanding of the parties that the August 2, 2010 date is not available.

Respectfully submitted,

DATED: 3-26-10                           /s/ SUE CAMPBELL
                                         SUE CAMPBELL,
                                         Attorney for Plaintiffs


DATED: 3-26-10                           /s/ MARK D. JORDAN
                                         MARK D. JORDAN,
                                         Attorney for Defendants

## ORDER

The Pre-Trial Conference scheduled for April 6, 2010 at 1:00 P.M. is moved to July 13, 2010 at 1:00 p.m. The Trial scheduled for August 2, 2010 at 8:30 A.M. is moved to July 28, 2010 at 8:30 a.m.

Dated: 3/31/10

*Saundra B Armstrong*
JUDGE OF THE U.S. DISTRICT COURT

-2-

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

STIPULATION AND PROPOSED ORDER CHANGING PRE-TRIAL CONFERENCE DATE AND TRIAL DATE
No.    C09-01594 SBA