UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>    Defendant. | Case No: C 09-1594 SBA<br><br>**ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION RE MOTIONS IN LIMINE** |

IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation (Docket 14) is modified with respect to the submission of motions in limine. Each side is to file all of their motions in limine in a single memorandum, not to exceed ten (10) pages in length. Each side shall file a single opposition brief, not exceed ten (10) pages, and a reply brief, not to exceed five (5) pages. Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

IT IS SO ORDERED.

Dated: June 15, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge