SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax: (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C09-01594 SBA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CHANGING PRE-TRIAL CONFERENCE DATE |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND and Defendant PETALUMA ELECTRIC, INC., a California

-1-

Law Office of Sue Campbell
1155 N. First St.
Ste. 101
San Jose, CA 95112

STIPULATION AND PROPOSED ORDER CHANGING PRE-TRIAL CONFERENCE DATE
No. C09-01594 SBA

1  Corporation, that the parties agree that they would like to change the pre-trial conference date
2  in the above referenced matter originally scheduled for July 14, 2010 at 2:00 P.M. to July 21,
3  2010 at 2:00 P.M.

5  Respectfully submitted,

8  DATED: 6-21-10                                    SUE CAMPBELL,
                                                     Attorney for Plaintiffs

13  DATED: 6-25-10                                   MARK D. JORDAN,
                                                    Attorney for Defendants

### ORDER

The Pre-Trial Conference scheduled for July 14, 2010 at 2:00 P.M. is moved to July 21, 2010 at 2:00 p.m.

Dated: 6/28/10                                      Sandra B. Armstrong
                                                    JUDGE OF THE U.S. DISTRICT COURT

-2-

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

STIPULATION AND PROPOSED ORDER CHANGING PRE-TRIAL CONFERENCE DATE
No. C09-01594 SBA