UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>　　　　　Defendant. | Case No:  C 09-1594 SBA<br><br>**ORDER CONDITIONALLY DISMISSING ACTION** |

　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within thirty-five days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

　　IT IS FURTHER ORDERED THAT the Order to Show Cause (Docket 31) issued on July 16, 2010 is VACATED.

　　IT IS SO ORDERED.

Dated:  July 21, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　	　　　　　　　　　　　　　　　　United States District Judge