1 | SUE CAMPBELL
Attorney at Law, State Bar Number 98728
2 | 1155 North First Street, Suite 101
San Jose, California 95112
3 | Phone: (408) 277-0648
Fax:   (408) 938-1035
4
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C09-01594 SBA<br><br>JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT |

In the above-entitled cause, Plaintiffs JACK BUCKHORN AND ANISA THOMSEN, et. al. (hereinafter "TRUST FUNDS") and Defendant PETALUMA ELECTRIC, INC., A California Corporation (hereinafter "PETALUMA"), having stipulated that judgment be entered in favor of Plaintiff and against the Defendant in the sum of $113,891.93.

IT IS ORDERED THAT Plaintiffs JACK BUCKHORN AND ANISA THOMSEN, et. al. have a judgment from Defendant PETALUMA ELECTRIC, INC., A California Corporation in the amount of $113,891.93. which is composed of the following:

a. Contributions due and unpaid to the TRUST FUNDS in the amount of

-1-

$76,398.84.

    b.    Liquidated damages due and unpaid to the TRUST FUNDS of in the amount of $7,639.88.

    c.    Interest due in the amount of $16,472.85 through July 27, 2010.

    d.    Attorney's fees due in the amount of $10,920.00; and

    e.    Costs of suit incurred in this action in the amount of $1,862.36.

    f.    Audit fees in the amount of $598.00.

IT IS FURTHER STIPULATED and agreed by the parties hereto that upon full compliance with the payment schedule below, Defendants will pay a reduced amount, in the amount of $37,653.00. Plaintiffs have the right to distribute the $37,653.00 to cover benefits, attorney's fees, costs, liquidated damages and interest as set forth on the Trust Funds audit covering the time period January 2007-May 2008, at that their discretion. No benefit contributions will be distributed to Edgar Ponce or Justin Daly as shown on the Trust Funds audit covering the time period January 2007 - May 2008.

IT IS FURTHER STIPULATED and agreed by the parties hereto that an abstract of judgment will be recorded in the amount of $113,891.93, but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

1. Defendant shall make timely monthly payments on the reduced amount of $37,653.00, plus 10% annual interest on the declining principal balance from August 1, 2010. Payments shall be made in monthly installments of $200.00 for the first 12 months, then payments shall be made in monthly installments of $1,240.50 for the remaining 28 months. The final payment in the amount of $519.00 will be due on December 1, 2013.  10% interest on the declining principal balance will be added onto each monthly payment. Said installment payments will be made by check payable to the Redwood Empire Workers Employee Benefit Trust Funds, and sent to the Sue Campbell, Attorney at Law, 1155 N. First St., Suite 101 San Jose, CA.

2. Said monthly payments shall be due the first day of each month, and continuing each month thereafter for 40 consecutive months.  Payments shall be considered delinquent if

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT
No.     C09-01594 SBA

1  not postmarked by the due date. The first payment is due August 1, 2010 with payments
2  continuing each month thereafter.

3      3. Plaintiff and Defendant each understand and agree that any modification of
4  payments must be made in writing and agreed to by both the Plaintiff and the Defendant.

5      IT IS FURTHER STIPULATED AND AGREED by the parties hereto that upon
6  failure of the Defendant to make any of their monthly contribution payments in a timely manner
7  pursuant to the terms of this stipulation as set forth in paragraphs one and two above, Plaintiffs
8  will execute on the entire judgment in the amount of $113,891.93, reduced by any offsets for
9  payments made, and said execution of the judgment shall issue on ten days notice to the
10 Defendant.

11     Upon payment in full of the entire $37,653.00, TRUST FUNDS shall file an
12 Acknowledgment of Satisfaction of Judgment in the lawsuit filed in the U.S. District Court,
13 Northern District of California, case number C09-01594 SBA entitled JACK BUCKHORN
14 AND ANISA THOMSEN, et. al. v. PETALUMA ELECTRIC, INC., A California Corporation
15 and shall provide a file endorsed copy of that satisfaction to Mark Jordan, Esq., attorney for
16 Defendant.

19 DATED: 9/1/10

*[signature: Saundra B. Armstrong]*
JUDGE OF THE U.S. DISTRICT COURT

-3-

Law Office of Sue Campbell
1155 N. First St, Ste. 101
San Jose, CA 95112

JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT
No.    C09-01594 SBA